UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| C.C. FEINE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 09-CV-2246 |
| ) | |
| PARKLAND COLLEGE BOARD OF ) | |
| TRUSTEES, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

A Report and Recommendation (#72) was filed by Magistrate Judge David G. Bernthal in the above cause on February 25, 2010. On March 15, 2010, Plaintiff C.C. Feine, filed his Objection to Report and Recommendation (#73). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#72). This court agrees that Defendant's Motion to Dismiss (#36) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#72) is accepted by this court.

(2) Defendant's Motion to Dismiss (#36) is GRANTED. Counts I, II, and III are dismissed and the court declines to exercise supplemental jurisdiction over the remaining state law claims, which are Counts IV, V, VI, and VII..

(3) This case is terminated.

ENTERED this 14th day of April, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE