E-FILED
Monday, 30 August, 2010 01:20:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 30, 2010

To: Pamela E. Robinson
UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
Urbana , IL 61802-3369

| | |
|---|---|
| No.: 10-2197 | C. C. FEINE,<br>Plaintiff - Appellant<br><br>v.<br><br>PARKLAND COLLEGE-BOARD OF TRUSTEES, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:09-cv-02246-MPM-DGB<br>Central District of Illinois<br>District Judge Michael P. McCuskey |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| PARTIAL RECORD RETURN | Record to be returned later |
| --- | --- |
| | |
| Exhibits to be returned later: | 1 |
| | |

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

| **Date:** | **Received by:** |
| --- | --- |
| s/ 8/30/2010 | s/ M. Talbott |

form name: **c7_Mandate** (form ID: **135**)

**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**ORDER**

Submitted June 7, 2010
Decided August 6, 2010

BEFORE

FRANK H. EASTERBROOK, Chief Judge
JOEL M. FLAUM, Circuit Judge
DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| No.: 10-2197 | C. C. FEINE,<br>Plaintiff - Appellant<br><br>v.<br><br>PARKLAND COLLEGE-BOARD OF TRUSTEES, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:09-cv-02246-MPM-DGB<br>Central District of Illinois<br>District Judge Michael P. McCuskey |

The following are before the court:

1. **APPELLEES' MOTION TO DISMISS APPEAL OR, IN THE ALTERNATIVE, MOTION FOR SANCTIONS**, filed on June 7, 2010, by counsel for the appellees.

2. **APPELLANT'S RESPONSE IN OPPOSITION TO APPELLEES' MOTION TO DISMISS APPEAL, OR IN THE ALTERNATIVE, MOTION FOR SANCTIONS**, filed on June 23, 2010, by the pro se appellant.

2:09-cv-02246-MPM-DGB # 91 Page 4 of 4 Case: 10-2197 Document: 12 Filed: 08/06/2010 Pages: 2



3. **APPELLEES' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS APPEAL, OR IN THE ALTERNATIVE, MOTION FOR SANCTIONS**, filed on July 2, 2010, by counsel for the appellees.

This court has carefully reviewed the final order of the district court, the record on appeal, and the parties' pleadings. Based on this review, the court has determined that any issues which could be raised are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions papers and record where briefing would be a waste of time and no member of the panel desires briefing or argument). Accordingly,

**IT IS ORDERED** that the order of the district court is summarily **AFFIRMED**. Appellees' request for sanctions is **DENIED**.

form name: **c7_Order_3J** (form ID: **177**)